IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **PATRICK COLLINS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 11-09001-CV-W-GAF |
| | ) |
| DOES 1-1219, | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Now before the Court is Third-Party Grand River Mutual Telephone Corporation's ("Grand River") Motion to Quash pursuant to Fed. R. Civ. P. 26(c) and 45(c)(3). (Doc. # 1). Specifically, Grand River requests the Court enter a Protective Order and quash Plaintiff Patrick Collins, Inc.'s ("Plaintiff") subpoena to produce documents, information, or objects, or to permit inspection of premises because Plaintiff served the subpoena via electronic mail absent Grand River's consent and in violation of Missouri Rules of Civil Procedure 43.01(c). (*Id*.).

Grand River's Motion arises from a case filed in the Northern District of California, Case No. C-10-04468-LB. Absent any indication otherwise, this Court has no connection to the aforementioned case. Plaintiff filed its case elsewhere, and no subpoena relating to the aforementioned case was issued by this Court. Therefore, this Court has no jurisdiction over said case and no jurisdiction to determine Grand River's present Motion. Grand Rivers must seek remedy for possible defects or deficiencies with the proper court of authority. Accordingly, it is

**ORDERED** Grand River's Motion is DENIED.

**IT IS FURTHER ORDERED** the above-captioned case is DISMISSED for lack of jurisdiction.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: May 16, 2011

1